Robert D. RICHARDSON, Plaintiff–Appellant,

v.

CITY OF SPARKS, Defendant–Appellee.

No. 00–15674.

D.C. No. CV–99–00391–DWH.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2001.*

Decided Dec. 6, 2001.

Before HENRY A. POLITZ **, W. FLETCHER and FISHER, Circuit Judges.

ORDER ***

The parties' stipulation of dismissal, filed November 13, 2001, is GRANTED. Each party shall bear it own costs. A copy of this order to the district court shall constitute this court's mandate.

---

* The Honorable Charles Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Henry A. Politz, Senior Circuit Judge, United States Court of Appeals for the Fifth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.